381 A.2d 899

Commonwealth v. Myers, Appellant.

Argued September 15, 1977. Neal Goldstein, with him Markowitz & Kirschner, for appellant; M. Melie, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence vacated.

The case is remanded for resentencing.

WATKINS, P. J., dissents.

381 A.2d 899

Commonwealth v. Riddick, Appellant.

Argued September 19, 1977. Allen L. Feingold, for appellant; Leonard N. Ross, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

JACOBS and PRICE, JJ., did not participate in the consideration or decision of this case.